IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 15-mc-00129-CMA-KMT

MITSUBISHI ELECTRIC CORP.,

    Plaintiff,

v.

SCEPTRE, INC.,

    Defendant,

v.

MPEG LA, L.L.C.,

    Respondent.

## ORDER GRANTING JOINT REQUEST TO TRANSFER DEFENDANT'S MOTION TO COMPEL COMPLIANCE WITH A SUBPOENA

This matter is before the Court on Sceptre, Inc. and MPEG LA, L.L.C.'s joint motion to transfer this miscellaneous action, including Sceptre's pending motion to compel MPEG LA's compliance with a subpoena, to the United States District Court for the Central District of California, where: (i) the subpoena was issued; and (ii) the underlying action is pending. (Doc. # 8.) The underlying action is captioned *Mitsubishi Electric Corp., et al. v. Sceptre, Inc.*, 2:14-cv-04994 (C.D. Cal.) and is currently pending before the Honorable Otis D. Wright II and the Honorable Andrew J. Wistrich

(Magistrate).  Both Sceptre and MPEG LA consent to the transfer of this matter to the Central District of California.  (Doc. # 8 at 1-2.)

Pursuant to Federal Rule of Civil Procedure 45(f), "[w]hen the court where compliance is required did not issue the subpoena, it may transfer a motion under this rule to the issuing court if the person subject to the subpoena consents."  MPEG LA, the party subject to the subpoena, consents to the transfer of Sceptre's motion to compel to the Central District of California.

Therefore, the Joint Request to Transfer Defendant's Motion to Compel Compliance with a Subpoena (Doc. # 8) is GRANTED.

It is hereby ORDERED that this matter is transferred to the United States District Court for the Central District of California.

DATED: July 9, 2015                                 BY THE COURT:

                                                              *Christine M. Arguello*

                                                              CHRISTINE M. ARGUELLO
                                                              United States District Judge